ACCEPTED
06-16-00046-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/23/2016 12:48:54 PM
DEBBIE AUTREY
CLERK

Cause No. 06-16-00046-CR

| | | | | |
|---|---|---|---|---|
| JACQULYN NICOLE FERGUSON | § | SIXTH COURT OF APPEALS | | |
| | § | | FILED IN | |
| V. | § | TEXARKANA | 6th COURT OF APPEALS | |
| | § | | TEXARKANA, TEXAS | |
| STATE OF TEXAS | § | TEXAS | 6/23/2016 12:48:54 PM | |
| | | | DEBBIE AUTREY | |
| | | | Clerk | |

**Original Motion for Continuance of Appellate Brief Filing Deadline of 27 June 2016**

TO THE HONORABLE COURT:

COMES NOW the Appellant in the above styled and numbered cause, by and through his appointed attorney, T.W. Davidson, and files this his original Motion for Continuance of the 27 June 2016 appellate brief filing deadline in this case, and in support thereof would show the Court as follows:

1. This is the first motion for continuance by Appellant in this case. The motion is made is in order for Appellant to receive effective assistance of counsel from me, her lawyer, and to ensure that justice is done in this case.

2. In the early morning hours of Tuesday, 21 June 2016, a fine lawyer, outstanding prosecutor and wonderful lady by the name of Leslie McLean died after a bitter decade-long war against the cancer inside her. Beloved by many, respected by all in the Tyler criminal justice community, she was also my friend and colleague. Although I had planned to have the appellate brief in this case finished and filed by Monday, 27 June 2016, the death of my friend and the duties I have to her (duties shared by many in the Tyler criminal justice community) force me to file this motion. I ask for a continuance of the appellate brief filing deadline in this case to 8 July 2016.

3. CERTIFICATE OF CONFERENCE: Today, on 22 June 2016, my co-counsel and partner at the trial level in this case, Shravanesh Muralidhar, communicated with Rusk County First Assistant D.A. Zack Wavrusa (the State's attorney in this case) about the need for a continuance on the part of Appellant's attorney. Mr. Wavrusa has no objection to a 14-day continuance. I ask the Court for less time than that.

PRAYER

For the above stated reasons, Appellant (through Appellant's counsel, T.W. Davidson)

respectfully moves the Court to grant a 11-day continuance of the Appellant Brief Filing Deadline ( 27 June 2016) in this case until Friday, 8 July 2016.

Respectfully submitted,


*/s/  T.W. Davidson*
T. W. Davidson
329 S. Fannin Ave.
Tyler, TX 75702
(903) 535-9600 (Tel.)
(903) 533-9394 (Fax)
SBN: 24026694

**CERTIFICATE OF SERVICE**

     I  certify that a true and correct copy of the above and foregoing Motion has been delivered to the Rusk County District Attorney or his agent, Rusk County Courthouse, Henderson, TX, on this the 22nd day of June 2016, by fax to (903) 657-0329, or email, or both.

*/s/ T.W. Davidson*